## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**     Mann          **DATE :**     4/16/2015

DOCKET NUMBER:    15 MJ 341          LOG # :  2:26 – 3:13

DEFENDANT'S NAME :    Przemyslaw Swiderski
            _X_ Present     ___ Not Present     _X_ Custody     ___ Bail

DEFENSE COUNSEL :    Jeremy L. Gutman
            ___ Federal Defender    _X_ CJA     _X_ Retained

A.U.S.A:   **Ian Craig Richardson**          DEPUTY CLERK :    M. Sica

INTERPRETER : _____ (Language) _____

___ Detention ___ Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_2_ Additional surety (ies) to co-signed bond by   4/20/15 @ 2:00

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type____ Start_____ Stop_____

___ Order of Speedy Trial entered.  Code Type____ Start_____ Stop_____

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: Defendant is not to be released until all conditions of the bond are met by Justyna Bernat 15mj 338. – Status Conf. set for 4/17/15 @ 11 AM preliminary hearing waived.